UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

TAMMY MAASSEN,

                        Plaintiff,                         ORDER

                v.                                  Case No. 11-cv-563-wmc

JONES, MYERS & ASSOCIATES, INC.,

                        Defendant.

---

The court having been advised by counsel for the plaintiff that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

Entered this 22nd day of November, 2011.

William M. Conley
District Judge